ARNOLDO CASILLAS, ESQ., SBN 158519
DANIEL W. GILLETTE, ESQ., SBN 244019
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., Third Floor
Long Beach, CA 90807
Tel:  (562) 203-3030
Fax: (323) 297-2833
Email: acasillas@casillaslegal.com

Attorneys for Plaintiff Darryell Frazier

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYELL FRAZIER,<br><br>         Plaintiff,<br><br>  vs.<br><br>MARK RIDLEY-THOMAS; ET AL.,<br><br>         Defendants.<br>_____ | CASE NO.: 2:20-cv-11676-CAS-SK<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

   COME NOW the parties to the present action through their attorneys of record and give notice to the court of the conditional settlement of the present matter in its entirety.

   After participating in a private mediation, the parties reached a conditional settlement of the entire action. The settlement is subject to the approval process for settlements with the County of Los Angeles.

   The parties anticipate that the settlement process will take approximately eight months given the impact of the COVID pandemic.

///

///

1

The parties request that the court vacate all proceedings scheduled in the present matter and set a status conference regarding the status of settlement in November 2021.

**IT IS SO STIPULATED**

DATED: May 7, 2021

CASILLAS & ASSOCIATES

By: /s/ Arnoldo Casillas
ARNOLDO CASILLAS
DANIEL W. GILLETTE
    Attorneys for Plaintiff
Rodrigo DeCasas

DATED: May 7, 2021

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By /s/ Andrew Baum
ANDREW BAUM
MICHAEL L. SMITH
    Attorneys for Defendants Law Offices Of The Los Angeles County Public Defender, County Of Los Angeles, Ronald Brown, Kelly Emling, Michael Suzuki, Jenny Brown, Ruben Marquez, Daniel Kuperberg, and Mark Ridley-Thomas