UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DARRYELL FRAZIER, | ) CASE NO.: 2:20-cv-11676-CAS-SKx |
|---|---|
| Plaintiff, | ) *[Assigned for all purposes to Hon.* <br> ) *Christina A. Snyder]* <br> ) |
| vs. | ) **ORDER RE STIPULATION OF THE** <br> ) **PARTIES RE DISMISSAL OF** |
| MARK RIDLEY-THOMAS; ET AL., | ) **ACTION IN ITS ENTIRETY** <br> ) **PURSUANT TO FEDERAL RULE OF** |
| Defendants. | ) **CIVIL PROCEDURE RULE 41(A)(1)** <br> ) |

The Court has reviewed and considered the Parties' Stipulation for Dismissal of Action in its entirety pursuant to Federal Rule of Civil Procedure 41(A)(1). The terms of the settlement have been carried out.

THEREFORE, the Court dismisses all claims by Plaintiff Darryell Fraizer against Defendants Mark Ridley-Thomas; Hilda Solis; Sheila Kuehl, Law Offices of The Los Angeles County Public Defender; County of Los Angeles; Ronald Brown; Kelly Emling; Laura Green, Michael Suzuki; Jenny Brown; Daniel Kuperberg;

/ / /

/ / /

/ / /

1

Ruben Marquez (collectively, "Defendants") in the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

**IT IS SO ORDERED.**

Dated: July 14, 2022

*Christina A. Snyder*

HONORABLE CHRISTINA A. SYNDER
District Judge in the Central District of California